*Office of the Chapter 13 Standing Trustee*

***Isabel C. Balboa, Chapter 13 Standing Trustee†***

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Jenai M. Cerquoni\** |
| | *\*Certified Bankruptcy Assistant* |
| | *†Fellow, American College of Bankruptcy* |

December 19, 2018

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
     Debtor(s) Name:   Wanda Rodriguez
     Case No:          18-14835   ABA
     Hearing Date:     January 24, 2019 at 2:00 PM

Dear Judge Altenburg:

   Please accept this letter as a response to Debtor(s)' Motion/Application filed on December 17, 2018.

   The Trustee wishes to correct Mr. Clayman's Certification in Support of his supplemental fee. Mr. Clayman's Certification states that he has applied for $3,537.55 in this case, to date has received $1,222.39. However, Mr. Clayman has received to date $1,398.65. The Trustee has disbursed to him $729.06 of $2,867.96 (pursuant to the Confirmation Order dated October 12, 2018. This sum is in addition to the $669.59 retainer reported in the Attorney Disclosure Statement.

   The Trustee does not oppose Mr. Clayman's request for the amount of $1,182.25 in his current fee application.

   As always, the Court is welcome to contact the Trustee with any questions.

   Respectfully submitted,

   *OFFICE OF THE CHAPTER 13*
   *STANDING TRUSTEE*

   /s/ *Isabel C. Balboa*

   **ISABEL C. BALBOA**
   Chapter 13 Standing Trustee

ICB:lka

c:   Eric J. Clayman, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)
     Wanda Rodriguez   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978